# Northeast Trading, Inc.
**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone #   908-709-0030
Fax #   908-709-0303

# Invoice

| Date | Invoice # |
|---|---|
| 6/21/2007 | 12-31007 |

| Bill To |
|---|
| N&S TROPICAL PRODUCE, INC.<br>1271 Ryawa Ave.,<br>Bronx, NY  10474<br>Att: Accounts Payable |

| Ship To |
|---|
|  |

| Cust PO# | Terms | Ship Date | Ship Via | License # | Ship Terms |
|---|---|---|---|---|---|
|  | 21 days | 6/21/2007 | VCPB | ME66326 | DEL |

| Quantity | Item Code | Description | Rate | Amount |
|---|---|---|---|---|
| 40 | Apricot | 8 | 0.00 | 0.00 |
| 440 | Apricot | 8 | 13.50 | 5,940.00 |
| 467 | Nectarine | 54/56 X FCY | 13.45 | 6,281.15 |
| 173 | Yellow Nectarine | 60/64 | 11.45 | 1,980.85 |
| 400 | Wh Nect | 56 X FCY | 16.45 | 6,580.00 |
|  | Ryan |  | 25.00 | 25.00 |
|  | Inspection CR |  | -315.50 | -315.50 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

**Total**   **$20,491.50**

ALL SHIPMENTS BASED ON FOB GOOD DELIVERY STANDARDS

# Northeast Trading, Inc.
38 S. 21st Street
Kenilworth, NJ 07033

Phone #  908-709-0030
Fax #    908-709-0303

# Invoice

| Date | Invoice # |
|---|---|
| 7/5/2007 | 12-31124 |

**Bill To**
N&S TROPICAL PRODUCE, INC.
1271 Ryawa Ave.,
Bronx, NY 10474
Att: Accounts Payable

**Ship To**

| Cust PO# | Terms | Ship Date | Ship Via | License # | Ship Terms |
|---|---|---|---|---|---|
|  | 28 days | 7/5/2007 | VCPB | ACJ2323PA | DEL |

| Quantity | Item Code | Description | | Rate | Amount |
|---|---|---|---|---|---|
| 204 | Flames | Bag | | 18.30 | 3,733.20 |
| 384 | Thompson | Bag | | 17.30 | 6,643.20 |
| 400 | YellowPeach | 64 | | 8.75 | 3,500.00 |
| 160 | Wh Nect | 56 VF | | 18.85 | 3,016.00 |
| 160 | Wh Nect | 64 VF | | 16.85 | 2,696.00 |
| 240 | Yellow Nectarine | 64 VF | | 12.85 | 3,084.00 |
|  | Ryan |  | | 23.50 | 23.50 |
|  | Inspection CR |  | | -95.00 | -95.00 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

NOTICE: Past due invoices shall accrue interest at the annual rate of 18%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

**Total  $22,600.90**

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS

# Northeast Trading, Inc.
38 S. 21st Street
Kenilworth, NJ 07033

Phone #   908-709-0030
Fax #     908-709-0303

# Invoice

| Date | Invoice # |
|---|---|
| 7/17/2007 | 12-31230 |

| Bill To | Ship To |
|---|---|
| N&S TROPICAL PRODUCE, INC.<br>1271 Ryawa Ave.,<br>Bronx, NY 10474<br>Att: Accounts Payable | |

| Cust PO# | Terms | Ship Date | Ship Via | License # | Ship Terms |
|---|---|---|---|---|---|
|  | 28 days | 7/17/2007 | GenPro | XCB4396PA | DEL |

| Quantity | Item Code | Description | Rate | Amount |
|---|---|---|---|---|
| 500 | Lapin | 9.5 R | 24.75 | 12,375.00 |
|  | Inspection CR |  | -95.00 | -95.00 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

**Total**     **$12,280.00**

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS

# Northeast Trading, Inc.

38 S. 21st Street
Kenilworth, NJ 07033

Phone #   908-709-0030
Fax #     908-709-0303

# Invoice

| Date | Invoice # |
|---|---|
| 7/18/2007 | 12-31227 |

**Bill To**

N&S TROPICAL PRODUCE, INC.
1271 Ryawa Ave.,
Bronx, NY  10474
Att: Accounts Payable

**Ship To**

**REVISED INVOICE**

| Cust PO# | Terms | Ship Date | Ship Via | License # | Ship Terms |
|---|---|---|---|---|---|
| | 28 days | 7/18/2007 | VCPB | AK342CNJ | DEL |

| Quantity | Item Code | Description | Rate | Amount |
|---|---|---|---|---|
| 1,020 | Globes | BAG | 7.60 | 7,752.00 |
| 170 | Globes | BAG | 11.40 | 1,938.00 |
| | Inspection CR | | -99.00 | -99.00 |
| | Ryan | | 11.75 | 11.75 |

*170 lot taken off by N&S in error N&S acknowledges receipt of extra 170* (handwritten note)

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

NOTICE: Past due invoices shall accrue interest at the annual rate of 18%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

**Total**   $9,602.75

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS

# Northeast Trading, Inc.

38 S. 21st Street
Kenilworth, NJ 07033

Phone # 908-709-0030
Fax # 908-709-0303

# Invoice

| Date | Invoice # |
|---|---|
| 7/18/2007 | 12-31228 |

**Bill To**

N&S TROPICAL PRODUCE, INC.
1271 Ryawa Ave.,
Bronx, NY 10474
Att: Accounts Payable

**Ship To**

| Cust PO# | Terms | Ship Date | Ship Via | License # | Ship Terms |
|---|---|---|---|---|---|
|  | 21 days | 7/18/2007 | Lucca |  | DEL |

| Quantity | Item Code | Description | Rate | Amount |
|---|---|---|---|---|
| 224 | RoyalGala | 90 | 32.00 | 7,168.00 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

NOTICE: Past due invoices shall accrue interest at the annual rate of 18%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

**Total** $7,168.00

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS

# Northeast Trading, Inc.

**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone #   908-709-0030
Fax #      908-709-0303

# Invoice

| Date | Invoice # |
|---|---|
| 7/20/2007 | 12-31238 |

| Bill To |
|---|
| N&S TROPICAL PRODUCE, INC.<br>1271 Ryawa Ave.,<br>Bronx, NY  10474<br>Att: Accounts Payable |

| Ship To |
|---|
|  |

| Cust PO# | Terms | Ship Date | Ship Via | License # | Ship Terms |
|---|---|---|---|---|---|
|  | 28 days | 7/20/2007 | Target | 494DYOK | DEL |

| Quantity | Item Code | Description | Rate | Amount |
|---|---|---|---|---|
| 595 | Flames | Bag | 16.30 | 9,698.50 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

**Total**     **$9,698.50**

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS