Mark C. H. Mandell
42 Herman Thau Road
Annandale, NJ 08801
908-638-4434

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**                    ECF Case
-----------------------------------------------------X
**NORTHEAST TRADING, INC.**          :     Case No. 07 cv 9563
                                     :      Judge SAND
         **Plaintiff,**              :
                                     :
         vs.                         :     **PLAINTIFF'S STATEMENT UNDER**
                                     :     **F.R.C.P. RULE 7.1**
**N&S TROPICAL PRODUCE, INC.,**      :
**and KOOK JIN NAM,**                :
                                     :
         **Defendants.**             :
-----------------------------------------------------X


    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the corporate Plaintiff in this action certifies that the following entities are corporate parents, subsidiaries, or affiliates of that party:

    **NONE**


Dated:     October 25, 2007

                                                                             s/
                                              Mark C. H. Mandell [**MM-5708**]
                                              Attorney for Plaintiff
                                              42 Herman Thau Road
                                              Annandale, NJ 08801
                                              (908)638-4434