PIER 13  SECRETARY OF STATE   306
```
            MARK C.H.MANDELL
            ATTN:
U.S.SOUTHERN COURT      NEW YORK  COUNTY           STATE OF NEW YORK
```

|  |  |
|---|---|
| NORTHEAST TRADING, INC.                    plaintiff | Index No. **07CIV9563** |
| | Date Filed  ............ |
|                     - against - | |
| | Office No. |
| N&S TROPICAL PRODUCE, INC. ETANO       defendant | Court Date:   / / |

```
      STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
      STEVE AVERY                    being duly sworn, deposes and says that
he is over the age of 18 years, resides in the State of New York and is
not a party to this action.     That on the
      18th   of January,  2008 at  12:40 PM
at the Office of the Secretary of State of the State of New York in the
City of Albany, New York, he served the
      SUMMONS AND COMPLAINT
UPON: N&S TROPICAL PRODUCE, INC.
the DEFENDANT in this action, by delivering to and leaving with
      CAROL VOGT, AGENT

in the office of the Secretary of State of New York, two true copies
thereof and at the same time of making such service, deponent paid said
Secretary of State, a fee of $40. That said service was made pursuant to
Section 306 of the BCL.

      Deponent further describes the person actually served as follows:
```

|  |  |  |
|---|---|---|
| SEX: **FEMALE** | COLOR: **WHITE** | HAIR: **BLACK** |
| APP. AGE: **45** | APP. HT: **5:4** | APP. WT: **140** |

OTHER IDENTIFYING FEATURES:

```
SWORN TO BEFORE ME THIS
23rd  DAY OF  January, 2008kw               ...........................
                                            STEVE AVERY
KENNETH WISSNER                             AETNA  CENTRAL  JUDICIAL  SERVICES
Notary Public, State of New York            225 BROADWAY, SUITE 1802
    No.01WI4714130                          NEW YORK, NY, 10007
Qualified in NEW YORK COUNTY                Reference No: 3MCIIM102446
Commission Expires 03/30/2010
```