USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-1-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
NORTHEAST TRADING, INC.           :   Case No. 07-cv-9563(LBS)
                                  :       Judge SAND
           Plaintiff,             :
                                  :
     vs.                          :   ORDER FOR DISCLOSURE
                                  :
N&S TROPICAL PRODUCE, INC.,       :
and KOOK JIN NAM,                 :
                                  :
           Defendants.            :
----------------------------------------------------X

    WHEREAS, Plaintiff has been unable to complete service on the named Defendants notwithstanding diligent efforts to locate them; and

    WHEREAS, Plaintiff has informed the Court that information as to the last known personal address of Defendant Kook Jin Nam is contained in the PACA License file of the United States Department of Agriculture, and Plaintiff has no other way to obtain such information material and necessary to proceed in the within action,

    NOW, THEREFORE, FOR GOOD CAUSE SHOWN, IT IS HEREBY

    ORDERED that the United States Department of Agriculture, by its Agricultural Marketing Service, is directed, upon receipt of a copy of this Order, to disclose to Plaintiff's attorney all information of physical addresses listed for Kook Jin Nam in the Department's PACA License files together with any other address information for either of the above-named Defendants.

Dated:   February __/__, 2008

                                                                      Leonard B. Sand, USDJ