UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
**NORTHEAST TRADING, INC.,**      :   Case No. 07 cv 9563
                                  :   Judge: SAND
                *Plaintiff,*   :
                                  :
          v.                    :   **CLERK'S CERTIFICATE**
                                  :   **OF DEFAULT**
**N&S TROPICAL PRODUCE, INC.,** and  :
**KOOK JIN NAM,**                 :
                *Defendants.* :
-----------------------------------------------------------X

    I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries of the above entitled action indicate that the Complaint in this action was filed on October 26, 2007 and the Summons was issued on said date, that the Defendant N&S Tropical Produce, Inc. was served with copies of the Summons and Complaint by service upon the New York Secretary of State, by Carol Vogt, Agent, in Albany, NY, on January 18, 2008, who accepted such service for said Defendant pursuant to the laws of the State of New York. I further certify that the docket entries indicate that the Defendant N&S Tropical Produce, Inc. has not filed an answer to the Complaint herein nor has it otherwise appeared or pled in response thereto, and that the time for said Defendant to appear, plead, and answer the Complaint has expired.

    The Default of Defendant N&S Tropical Produce, Inc. is herewith noted and certified and entry of such notation has been made on the case docket.

Dated:      May 27, 2008

                                                          J. Michael McMahon, Clerk

                                           By _____
                                                           Deputy